

**ORDERED in the Southern District of Florida on June 30, 2021.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                      Case No. 18-20420-RAM
                                                                                             Chapter 7
STONES USA OF FLORIDA, INC.,

    Debtor.
_____/

### ORDER GRANTING:
### TRUSTEE'S SECOND MOTION TO COMPROMISE CONTROVERSIES

This matter came on before the Court for consideration of the *Trustee's Second Motion To Compromise Controversies* (ECF No.51) (the "*Motion*"), on notice to all creditors and interested parties pursuant to the applicable Rules of Bankruptcy Procedure and the Local Rules of this Court, and the movant, by submitting this form of order, having represented that the *Motion* was served on all parties required by Local Rule 9013-1(D), that the 21-day response time provided by that Rule has expired, that no one has filed, or served on the movant a response to the *Motion*, and that the form of order was attached

as an exhibit to the *Motion*, and the Court, considered the settlement and the exercise of the Trustee's business judgment and the representations made in the *Motion*, finding good cause shown and based upon the record, does hereby

**ORDER** that:

1. The *Motion* (ECF No.51) is **GRANTED,** and the Settlement Agreements [see ECF No.50] filed with the Court and otherwise summarized and referred to in the *Motion*, are approved, adopted and ratified in their entirety as if more fully set forth herein.

2. This Court retains sole and exclusive jurisdiction over the Settlement Agreements [ECF No.50], the *Motion* [ECF No. 51], the parties thereto and this *Order*, as well as any and all disputes or issues arising out of or relating to this *Order* and/or the Settlement Agreements [ECF No. 50] approved herein.

###

Submitted by:
James B. Miller, Esq.

Copies to (*via* CM/ECF):
**Ginna P. Arevalo**     garevalo@mtwlegal.com, e.service@mtwlegal.com
**Brian C Frontino**     bfrontino@stroock.com, lacalendar@stroock.com
**Keith Richard Gaudioso**     kg@cohenlawpa.com, service@cohenlawpa.com
**April Harriott**     aharriott@raslg.com
**Jessica M Kennedy**     jkennedy@mtwlegal.com
**James B Miller**     bkcmiami@gmail.com
**Barry E Mukamal**     bemtrustee@kapilamukamal.com, FL64@ecfcbis.com
**Office of the US Trustee**     USTPRegion21.MM.ECF@usdoj.gov
**Rex E Russo**     rexlawyer@prodigy.net
**Robert Sanchez**     court@bankruptcyclinic.com, r51375@notify.bestcase.com

(Attorney **Miller** shall serve a conformed copy of this *Order* on all creditors and parties-in-interest not receiving a copy *via* CM/ECF, and file a Certificate of Service)